FILED
U.S. DISTRICT COURT
EASTERN DISTRICT OF LA

2005 JUL 22  AM 8: 04

LORETTA G. WHYTE
CLERK

# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **KINSLEY ROGERS #124452** | **CIVIL ACTION** |
| **VERSUS** | **NO. 04-3255** |
| **GARY COPES - WARDEN** | **SECTION "S" (2)** |

## ORDER AND REASONS

The court, having considered the petition, the record, the applicable law, the Magistrate Judge's Report and Recommendation, and the petitioner's objection thereto, hereby overrules petitioner's objection and adopts the Magistrate Judge's Report and Recommendation as its opinion, as modified below.

The magistrate judge found that Rogers failed to exhaust his state court remedies by neglecting to present his ineffective assistance of counsel claim to the Supreme Court of Louisiana. On April 4, 2005, Rogers voluntarily dismissed his ineffective assistance of counsel claim. That portion of the Report and Recommendation is therefore not adopted.

Rogers' petition is untimely. Although 28 U.S.C. § 2244(d)(2) tolls the limitations period for filing a petition under 28 U.S.C. § 2254 during the pendency of a "properly filed application for State post-conviction or other collateral review," Rogers' application was no longer pending

___ Fee_____
___ Process_____
_X_ Dktd_____
___ CtRmDep_____
___ Doc. No._____

as of July 19, 2003 when Rogers failed timely to apply to the Supreme Court of Louisiana for a writ reviewing the June 19, 2003 decision of the Court of Appeal, Fifth Circuit, State of Louisiana. *Williams v. Cain*, 217 F.3d 303, 310-11 (5th Cir. 2000). His petition, filed on December 1, 2004, was therefore untimely. *See* 28 U.S.C. § 2244(d)(1).

Accordingly, for the reasons assigned by the Magistrate Judge,

**IT IS ORDERED** that the petition of Kinsley Rogers for federal *habeas corpus* relief is hereby **DISMISSED WITH PREJUDICE**.

New Orleans, Louisiana this 21st day of July, 2005.

Mary Ann Vial Lemmon
United States District Judge